# IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS

**LARRY MCKINZIE**

**PLAINTIFF**

vs.                              No.CV06-212-3

**DEFENDANT**

**UNION PLAINTERS BANK, JOHN DOE**

I, BOB RUSH, Clerk of Circuit Court of Ashley County, Arkansas, do hereby certify that the foregoing are true correct photocopies of the pleadings of said Court as the same appears of record in this office.

WITNESS, my hand and official court seal on this day:   JUNE 5, 2007

BOB RUSH, CIRCUIT CLERK

By: _Vickie Stell_ D.C.

Ashley County
Hamburg, AR  71646

96

**IN THE CIRCUIT COURT OF AHSLEY COUNTY, ARKANSAS**
**Civil Division**

**LARRY McKINZIE,**

    **PLAINTIFF**

**V.**

**UNION PLANTERS BANK. N.A.; JOHN DOE,**

    **DEFENDANTS**

Case No.: CV-2006- 212-3

**COMPLAINT**
FILED FOR RECORD
at 10.45 o'clock 11 M

SEP 22 2006

BOB RUSH, CIRCUIT CLERK
By Tom Laughlin DC

Comes now, Larry McKinzie, by and through his attorney, Michael D. Ray and Chuck Gibson, and states as follows for his Complaint:

1.    That Larry McKinzie is an individual resident of Jefferson County, Arkansas.

2.    That Union Planters Bank, N.A. is a domestic corporation regularly operating and doing business within the state of Arkansas including Ashley County.

3.    That one or more of the John Doe Defendants is believed to be domestic banking institution bearing the "Regions" name, that regularly does business in Arkansas, including Ashley County. Additionally, there is another John Doe defendant based upon belief and information that Union Planters Bank, N.A. has been sold or merged into another entity, unknown at this time. For clarity purposes only, the John Doe defendants will be referred to as Regions John Doe and the Union Planters John Doe, respectively. The Affidavit of counsel regarding the John Doe defendants is attached as an exhibit to this Complaint.

4.    That this court has jurisdiction over the parties and subject matter of this case and venue is predicated upon A.C.A. 16-60-108 and 16-60-113(b) in that Union Planters Bank, N.A. has asserted debts in its favor in Ashley County and has

brought litigation against Plaintiff in Ashley County.  In the event Union Planters has been sold or merged, then its successor in interest is subject to the same venue provisions.

5. That on or about August 30, 2004,  a Complaint was filed by Union Planters Bank, N.A. ["Union Planters"] against Larry McKinzie, alleging that Larry McKinzie entered into a contract with the Union Planters in the sum of $13,250.00 plus interest at the rate of 11% per annum.  See Ashley Circuit No.CV-04-219-2.

6. That the Plaintiff has never done business with the Defendants at any time.  During the discovery of the above mentioned lawsuit it was learned by the Plaintiff that Union Planters' agents, officers, directors and/or employees, namely Allen Williams and possibly others, were engaging in a scheme with K&B Auto Sales [K&B], a domestic used car dealership that had a regular business relationship with Union Planters.

7. That the scheme was such that K&B and the Defendant would create phony documents for the sale of automobiles and other loans.  Such documents were created using Plaintiff's name and likeness, with forged signatures notarized by Defendant's employee Angela K. Tinsley, Notary Public.  The documents included but may not be limited to credit applications and powers of attorney.  Many documents were countersigned by Allen Williams, Defendant's loan officer and employee. At no time did Plaintiff authorize said documents or benefit from their use.

8. That the scheme was such that the documents provided a mechanism where money would transfer from Union Planters to  K&B under the illusion of selling and

financing an automobile.  The scheme worked to the detriment of those defrauded. That the Defendant, by virtue of the involvement of its employee loan officers and others and subsequent unsuccessful lawsuit, was aware of the scheme and a direct and willing participant.

9.     That the phony loans falsely created in the name of the Plaintiff went into default resulting in the above mentioned lawsuit.

10.    That the scheme was brought to light in the discovery process in said lawsuit, resulting in the Defendant filing for voluntary non-suit, which was granted on September 30, 2005 by the court, and filed for record on October 13, 2005. [See Ashley Circuit No.CV-04-219-2].

11.    That prior to the Defendant filing suit on the phony loans the Union Planters  and or its agents made negative credit comments on Plaintiff's credit report to the various credit reporting agencies.  Said comments ultimately resulted in the denial of credit to the Plaintiff.

12.    That the Plaintiff was completely unaware of said fraudulent scheme at all times. That the Defendant was informed by the Plaintiff prior to the initial litigation that he had never done business with them and that any such signatures and/or documents were not genuine.  Defendant continually harassed the Plaintiff over said bogus notes, being fully aware of their false character and of their fraudulent creation.  Nevertheless, the Defendant pursued the litigation and continued to make false credit entries.

13.    In addition to the foregoing scheme with Union Planters, the Plaintiff also received dunning notices and similar harassments from an entity named "Regions".  Based

upon information and belief a bogus contract in Plaintiff's name was executed in favor of John Doe Regions, upon which John Doe Regions sought collection. John Doe Regions did not file suit, however, and Plaintiff has no documents of substance to properly identify the actual identity of the John Doe Regions entity. Upon information and belief John Doe Regions made negative comments regarding Plaintiff's credit to various reporting agencies. Said credit reports were false and slanderous.

## COUNT I
## TORT – INVASION OF PRIVACY
### All Defendants

14. That by deceptively doing business in the Plaintiff's name, the defendants have committed the tort of invasion of privacy. Plaintiff's likeness was unknowingly used to his detriment resulting in being sued [only Union Planters filed suit], expending moneys for attorneys fee, negative credit comments resulting in credit denials, and other similar occurrences.

15. That the tort subjects the Defendants to liability under Arkansas law for compensatory, consequential and punitive damages for which Defendants' conduct is a direct proximate cause.

## COUNT II
## TORT – MALICIOUS PROSECUTION
### Union Planters and/or Successor, John Doe Union Planters

16. That the lawsuit filed by Union Planters against the Plaintiff on the bogus fraudulent scheme resulted in a dismissal in Plaintiff's favor. Said suit was frivolous and based entirely on the fraudulent ongoing scheme between the Defendant and K&B. Plaintiff incurred compensatory and consequential damages

for which Defendant's conduct is a proximate cause. Punitive damages should issue to deter similar conduct in the future.

## COUNT III
## STATUTORY CLAIM – FAIR CREDIT REOPRTING ACT
### All Defendants

17.    That falsely reporting the obligation that Union Planters Bank N.A. claimed was owed by Larry McKinzie to his credit reporting agency constitutes a violation of the Fair Debt Collection and Consumer Reporting Practices, 15 U.S.C. 1681, *et.seq*. Defendant is liable for damages provided by said Act.

## PRAYOR FOR RELIEF

18.    WHEREFORE, Plaintiff prays for a jury trial. Plaintiff prays for judgment over and against the Defendants for each claim for damages allowed by Arkansas law, and for punitive damages appropriate under Arkansas jurisprudence. Plaintiff seeks reimbursement for costs, attorney's fees, and other similarly allowed relief.

Respectfully Submitted,

BY:    _____

Chuck Gibson, AR 90030
**Gibson Law Office**
P.O. Box 510
103 North Freeman Street
Dermott, AR 71638
870-538-3288
870-538-5029 FAX
chuck@gibsonlawonline.com

MICHAEL D. RAY, AR 92146
**The Ray Law Firm**
P. O. Box 1123
Crossett, AR 71635
870-364-5176
870-364-6503 fx

## IN THE CIRCUIT COURT OF AHSLEY COUNTY, ARKANSAS
### Civil Division

**LARRY McKINZIE,**

    **PLAINTIFF**

**V.**

**UNION PLANTERS BANK. N.A.; JOHN DOE,**

    **DEFENDANTS**

**Case No.: CV-2006-_____**

**AFFIDAVIT OF CHUCK GIBSON**

I, Chuck Gibson, of legal age and being first duly sworn, state on oath:

1. I am co-counsel of record for Plaintiff Larry McKinzie, in the above-captioned matter.

2. I hereby swear or affirm that the identity of the John Doe tortfeasors described in the Complaint is unknown at this time. When the identity of these tortfeasors becomes known, the Complaint shall be amended to include the real name(s) of the tortfeasor(s) in accordance with Ark. Code Ann. § 16-56-125 (1987).

    FURTHER AFFIANT SAYETH NOT.

                                            Chuck Gibson

STATE OF Arkansas         }
                            }ss
COUNTY OF Chicot         }

    Subscribed and sworn before me, the undersigned Notary Public within and for the above County and State, this the 19th day of September, 2006.

My commission expires
10/21/2012

Notary Public

EXHIBIT

PX-1

# Gibson Law Office

103 North Freeman Street
Post Office Drawer 510
Dermott, Arkansas 71638-0510

John F. Gibson Sr.
(1916-1980)
Charles Sidney Gibson
Chuck Gibson

Telephone
(870) 538-3288
Facsimile
(870) 538-5029

September 19, 2006

Bob Rush
Ashley County Circuit Clerk
205 East Jefferson Street
Hamburg, AR 71646

RE:   *Larry McKinzie v. Union Planters Bank, N.A.; John Doe*
      *Ashley County Circuit No. CV-2006-2 1 2 - 3*

Dear Mr. Rush

Please find enclosed Complaint with Affidavit, Cover Sheet and Summons for the above referenced matter. Please file and return a file-marked copy back to this office in the enclosed a self-addressed stamped envelope at your earliest convenience.

Please send original summons back to this office for service. Also enclosed is our check in the amount of $140.00 for filing fee. Thank you.

Yours truly

Chuck Gibson

CSG/dc

Enclosures

FILED FOR RECORD
at 10,45 o'clock ___ M

SEP 22 2006

BOB RUSH, CIRCUIT CLERK
By ___ DC

IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS

## S U M M O N S

**PLAINTIFF:**
**Larry McKinzie**

vs. NO. CV-2006- *2l2 -3*

DEFENDANT:
**Union Planters Bank**

PLAINTIFF'S ATTORNEY:  Charles Sidney Gibson #70027
**Gibson Law Office**
103 North Freeman, Drawer 510
Dormott, Arkansas 71638-0510
TO THE ABOVE NAMED DEFENDANT: **Union Planters Bank**

1. You are hereby notified that a lawsuit has been filed against you by the above named plaintiff; the relief asked is stated in the attached complaint.

2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements.

   A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.

   B. It must be filed in the Court Clerk's office within **20 days** from the day you were served with this Summons.

3. If you desire to be presented by an attorney, you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices: _____

WITNESS my hand and the seal of the court this the ___ 22 ___ day of *September*, 20 06

_____ COUNTY COURTHOUSE
_____ ARKANSAS

(SEAL)

_____, Clerk

BY: _____ D.C.

_____

RECEIVED _____ Sheriff

By_____        D.S. on_____

STATE OF ARKANSAS
COUNTY OF _____

On the _____ day of_____, 20_____, at _____ o'clock _____.m., I have duly served the within Summons by delivering a copy thereof (or stating the substance thereof), together with a copy of the complaint to_____

_____ such person being: _____ the person named therein as defendant.
_____ a member of defendant's family above 14 years of age at defendant's usual place of abode, namely
_____ the duly designated agent for service of process for the defendant, namely

_____

_____SHERIFF
By _____

Returned _____ day of _____ 2006.
_____ Circuit Clerk
By: _____ D.C.

## IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS
### Civil Division

LARRY McKINZIE                                              PLAINTIFF

VS.                            NO.    CIV-06-212-3

UNION PLANTERS BANK, N. A.; JOHN DOE                        DEFENDANT

### MOTION TO EXTEND TIME TO SERVE DEFENDANT

Comes now the Plaintiff by and through his attorneys for record Michael D. Ray and Chuck Gibson, and for his Motion for Extension of time to tender service does state as follows:

1.      That on September 22, 2006, Larry McKinzie filed suit in the Circuit Court of Ashley County, Arkansas against Union Planters Bank, N.A.; John Doe alleging invasion of privacy and malicious prosecution, abusing the Fair Credit Reporting Act, past, present and future pain, suffering, and mental anguish all as a result of the actions and conduct of Defendant.

2.      Since that time the Plaintiff has attempted to serve Defendant in accordance with the Arkansas Rules of Civil Proceed, Rule 4.

3.      Pursuant to A. R. C. P. Rule 4, Subsection I, Plaintiff has 120 days to tender service upon the Defendant.

4.      The Plaintiff has not been able to tender service over the Defendant and Plaintiff reasonably fears that Plaintiff will be unable to procure service within the 120 day time limitation set by Rule 4.

5.      The Plaintiff's efforts to obtain service over the Defendant have been both reasonable and diligent.

FILED FOR RECORD
at 7.05 o'clock P M

DEC 27 2006

BOB BUSH CIRCUIT CLERK
By _____ D.C.

a.      That the Plaintiff mailed the complaint and summons to the bank manager at 300

Church St., Jonesborro, Arkansas 72401 by certified return receipt postage prepaid United States

mail and Plaintiff is awaiting proof of service by return receipt mail.

b.      That the Plaintiff has mailed the complaint and summons to a designated agent

by the name of Jack Nall at 231 East Broadway, West Memphis, Arkansas 72301 that was listed

with the Arkansas Bank Department for Union Planters Bank and Plaintiff is awaiting proof of

service by return receipt mail.

Wherefore, Plaintiff's respectfully request permission from the Court for an extension of

time to continue to seek to obtain service over the Defendant.

Respectfully Submitted,

By: _____

MICHAEL D. RAY, AR 92146
Ray Law Firm
909 Main Street
P. O. Box 1123
Crossett, AR 71635
870-364-5176
870-364-6503 fax
mdray@alltel.net

CHUCK GIBSON, AR 90030
**Gibson Law Office**
P. O. B ox 510
103 North Freeman Street
Dermott, AR  71638
870-538-3288
870-853-5029 Fax
chuck@gibsonlawonline.com

# THE RAY LAW FIRM, P.A.

## MICHAEL D. RAY
### ATTORNEY AT LAW

December 22, 2006

Circuit Clerk's Office
205 E. Jefferson
Hamburg, AR 71646

      RE:    Larry McKinzie v. Union Planters Bank, NA
            Ashley Circuit No.:   CIV – 2006-212-3

Dear Clerk's Office:

Enclosed you will find an original and one copy of Motion to Extend Time in regards to the above matter. Please record and return a file-marked copy back to me in the envelope I have provided.

I thank you for your time.

Sincerely,

Chrystal Flick
Office Assistant

Enclosure

Cc:     Chuck Gibson (Via Facsimile 870-538-5029)

FILED FOR RECORD
at _7.25_ o'clock _P_ M

DEC 27 2006

BOB RUSH CIRCUIT CLERK
By _____ DC

## IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS
### Civil Division

LARRY McKINZIE                                    **PLAINTIFF**

VS.                          NO.   CIV-06-212-3

UNION PLANTERS BANK, N. A.; JOHN DOE              **DEFENDANT**

---

### AFFIDAVIT OF SERVICE

I, Michael D. Ray, Attorney for Plaintiff herein, do hereby certify that pursuant to Rule 4 of the Arkansas Rules of Civil Procedure, I have served the Complaint at Law and Summons, by delivering a true copy to the Defendant, Union Planters Bank, Bank President, by certified return receipt U. S. Mail.  Attached hereto is the returned receipt signed by Tamara Moore showing that same was received by the Defendant on the 21st day of December, 2006.

WITNESS MY HAND this 4th day of January, 2007.

FILED FOR RECORD
at 10:15 o'clock A M

JAN 05 2007

BOB RUSH, CIRCUIT CLERK
By_____ DC

Michael D. Ray

Ashley County
State of Arkansas

Witness my hand this 4th day of January, 2007.

My commission expires:

JANELLE SHUMPERT
Ashley County
My Commission Expires
June 29, 2011

_Janelle Shumpert_
Notary

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Union Pleasant Bank
Bank President
300 S Church
Jonesboro AR 72401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tamara Moore_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Tamara Moore    12-21-06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Express Mail
☒ Certified Mail
☐ Registered
☐ Insured Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes  ☑ No

2. Article Number
7005 1820 0000 4923 9776

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# THE RAY LAW FIRM, P.A.

## MICHAEL D. RAY
### ATTORNEY AT LAW

FILED FOR RECORD
at 10:15 o'clock A M

JAN 05 2007

BOB RUSH, CIRCUIT CLERK
By _Vickie Still_ DC

January 4, 2007

Circuit Clerk's Office
205 E. Jefferson
Hamburg, AR 71646

RE:   Larry McKinzie v. Union Planters Bank, NA
Ashley Circuit No.:   CIV – 2006-212-3

Dear Clerk's Office:

Enclosed you will find an original and one copy of an Affidavit of Service in regards to the above matter. Please record and return a file-marked copy back to me in the envelope I have provided.

I thank you for your time.

Sincerely,

Janelle Shumpert
Administrative Assistant

Enclosure

909 MAIN STREET/P.O. BOX 1123 •CROSSETT, AR • 71635
PHONE: 870-364-5176 • FAX: 870-364-6503

FILED FOR RECORD
at 11:45 o'clock A M

JAN 05 2007

BOB RUSH, CIRCUIT CLERK
By _____ DC

IN THE CIRCUIT OF ASHLEY COUNTY, ARKANSAS
CIVIL DIVISION

LARRY McKINZIE

PLAINTIFF

VS.                                    CASE NO. CV-2006-212-3

UNION PLANTERS BANK, N.A.
& JOHN DOE

DEFENDANTS

## MOTION TO DISMISS
## AND SUPPORTING MEMORANDUM

Comes now the separate defendant, Union Planters Bank, N.A. ("Union Planters"), and for its motion to dismiss, states:

1. Union Planters merged into Regions Financial Corporation ("Regions") more than one year before the filing of the complaint herein and ceased to exist as a separate entity on or after that date. See, e.g., Exhibits 1, 2 and 3 hereto. Paragraph 3 of the complaint acknowledges the merger. Therefore, the complaint should be dismissed as Union Planters is not a proper party defendant.

2. The complaint should also be dismissed pursuant to Rule 12(b)(4) for insufficiency of process. The summons issued in this case was issued in the name of Union Planters Bank, N.A., an entity that was merged into Regions more than a year before the filing of the complaint herein. Therefore, the summons is defective. *Vinson v. Ritter*, 86 Ark. App. 207, 167 S.W.3d 162 (2004). Further, Union Planters was, and Regions Financial Corporation and Regions Bank are, out-of-state banks or financial services corporations who are entitled to thirty days after valid service in which to serve a responsive pleading. Regions Financial Corporation is a foreign corporation organized under the laws of the State of Deleware, and Regions Bank is a state bank organized under the laws of the State of Alabama with its principal place of business in Birmingham, Alabama. Therefore, the summons issued herein is also defective in that regard. *Vinson v. Ritter, supra.*

3. The complaint should also be dismissed pursuant to Rule 12(b)(5) for insufficiency of

service of process. Pursuant to Rule 4(d)(8), service by mail must be served upon a defendant's registered agent and the person signing the postal return receipt must be authorized in accordance with the United States Postal Regulations. Neither of those requirements is met in the present case. However, more importantly, Ark. Stat. Ann. Section 23-48-1007 provides that the registered agent of a registered out-of-state bank is the bank's agent for service of process. The registered agent of Regions is The Corporation Company. See Exhibit 4 hereto. The attempted service was addressed to Union Planters Bank, N.A. in Jonesboro and in West Memphis, neither person was the registered agent of either Regions or Union Planters. See Exhibit 5 hereto. Therefore, the complaint should be dismissed for insufficiency of service of process.

4. The defendant reserves the right to plead further upon resolution of this motion to dismiss or as warranted by further developments in this matter.

WHEREFORE, the separate defendant, Union Planters Bank, N.A., moves the Court to dismiss the plaintiff's complaint as stated herein.

> FRIDAY, ELDREDGE & CLARK, LLP
> 400 West Capitol Avenue, Suite 2000
> Little Rock, Arkansas 72201
> (501) 370-1510
> (501) 244-5342
>
> BY: _William A. Waddell_
> WILLIAM A. WADDELL, JR.
> ARK. BAR ID NO. 84154

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on the following persons via United States Mail, postage prepaid, on this 2nd day of January, 2007:

Chuck Gibson, Esq.
GIBSON LAW OFFICE
P. O. Box 510
Dermott, Arkansas 71638

Michael D. Ray, Esq.
THE RAY LAW FIRM
P. O. Box 1123
Crossett, Arkansas 71635

WILLIAM A. WADDELL, JR.



## Arkansas
### SECRETARY OF STATE

*Business/Commercial*

- Home
- About the Office
- Elections
- Business / Commercial Services
- Capitol Grounds
- News
- Educational Materials
- Tours

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

SEARCH

## Search Incorporations, Cooperatives, Banks and Insurance Con

| | |
|---|---|
| Corporation Name | UNION PLANTERS CORPORATION |
| Fictitious Names | N/A |
| Filing # | 100076569 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Merged |
| Principal Address | |
| Reg. Agent | CORPORATE CREATIONS NETWORK INC.E |
| Agent Address | 3208 ASHER AVENUE |
| | LITTLE ROCK, AR 72204 |
| Date Filed | 03/31/1989 |
| Officers | JACKSON W. MOORE, President<br>E. JAMES HOUSE, JR., Secretary<br>GREGORY METZ , Vice-President |
| Foreign Name | N/A |
| Foreign Address | 67 MADISON AVE, MEMPHIS, TN 38103<br>X, X |
| State of Origin | TN |

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement



EXHIBIT

PENGAD 800-631-6989



## Search Incorporations, Cooperatives, Banks and Insurance Con

| | |
|---|---|
| Corporation Name | UNION PLANTERS NATIONAL BANK |
| Fictitious Names | N/A |
| Filing # | 200000788 |
| Filing Type | Bank |
| Filed under Act | Bank; Bank |
| Status | Merged |
| Principal Address | |
| Reg. Agent | |
| Agent Address | |
| | |
| Date Filed | 10/13/1997 |
| Officers | N/A |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Home**
**About the Office**
**Elections**
**Business / Commercial Services**
**Capitol Grounds**
**News**
**Educational Materials**
**Tours**

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

Use your browser's back button to return to the Search Results

Begin New Search

EXHIBIT
2
PENGAD 800-631-6989



## Arkansas SECRETARY OF STATE — Business/Commerce

Home
About the Office
Elections
Business / Commercial Services
Capitol Grounds
News
Educational Materials
Tours

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

SEARC

### Search Incorporations, Cooperatives, Banks and Insurance Com

| | |
|---|---|
| Corporation Name | UNION PLANTERS BANK OF NORTHEAST ARKA |
| Fictitious Names | N/A |
| Filing # | 200000143 |
| Filing Type | Bank |
| Filed under Act | Bank; Bank |
| Status | Merged |
| Principal Address | |
| Reg. Agent | |
| Agent Address | |
| | , |
| Date Filed | 01/01/1987 |
| Officers | N/A |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement



EXHIBIT
3
PENGAD 800-631-6989



## Arkansas
## SECRETARY OF STATE
*Business / Commercial*

SEAR

- Home
- About the Office
- Elections
- Business / Commercial Services
- Capitol Grounds
- News
- Educational Materials
- Tours

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

### Search Incorporations, Cooperatives, Banks and Insurance Con

| | |
|---|---|
| Corporation Name | REGIONS FINANCIAL CORPORATION |
| Fictitious Names | N/A |
| Filing # | 800053808 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | CORPORATION SERVICE COMPANY |
| Agent Address | 101 SOUTH SPRING STREET, STE 220 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 03/08/2005 |
| Officers | R ALAN DEER , Incorporator/Organizer |
| | R ALAN DEER , Secretary |
| | JACKSON W. MOORE , President |
| | D. BRYAN JORDAN , Treasurer |
| | RONNY JACKSON , Controller |
| Foreign Name | N/A |
| Foreign Address | 417 NORTH 20TH STREET |
| | BIRMINGHAM, AL 35202 |
| State of Origin | DE |

### Purchase a Certificate of Good Standing for this Entity

### Pay Franchise Tax for this corporation

Use your browser's back button to return to the Search Results

### Begin New Search

EXHIBIT

4a

PENGAD 800-631-6989



## Arkansas
## SECRETARY OF STATE

*Business/Commercial*

SEARCH

Home
About the Office
Elections
Business /
Commercial Services
Capitol Grounds
News
Educational Materials
Tours

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

### Search Incorporations, Cooperatives, Banks and Insurance Com

| | |
|---|---|
| Corporation Name | REGIONS FINANCIAL CORPORATION |
| Fictitious Names | N/A |
| Filing # | 100169536 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Merged |
| Principal Address | |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 425 WEST CAPITOL AVENUE, STE 1700 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 03/30/1999 |
| Officers | CARL E. JONES, JR, President |
| | E C STONE, Vice-President |
| | SAMUEL E. UPCHURCH, JR, Secretary |
| | RICHARD D HORSLEY, Treasurer |
| Foreign Name | N/A |
| Foreign Address | 417 NORTH 20TH STREET |
| | BIRMINGHAM, AL 35203 |
| State of Origin | DE |

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement



EXHIBIT
4 b

PENGAD 800-631-6989

# THE RAY LAW FIRM, P.A.
## MICHAEL D. RAY
### ATTORNEY AT LAW

November 20, 2006

Union Planters Bank
ATTN: Bank President
300 S. Church St
Jonesboro, AR  72401

Jack Nall, Designated Agent
Union Planters Bank
231 East Broadway
West Memphis, AR  72301

RE:   Larry McKinzie vs. Union Planters Bank et al
      Ashley Circuit Court No.: CIV-2006-212-3

Dear Sir:

Enclosed you will find a Complaint and Summons that has been filed against Union
Planters Bank on behalf of Mr. Larry McKinzie.

You should read the enclosed carefully. I will be expecting a response from you or your
attorney within the time and manner prescribed by law.

The receipt of this letter has the same legal effect as does the service of the enclosed
papers by a process server, and you are hereby advised that failure to take action on your
part may result in a judgment against your bank.

Sincerely,

Michael D. Ray
Attorney at Law

MDR/je

Enclosures

909 MAIN STREET/P.O. BOX 1125 •CROSSETT, AR • 71635
PHONE: 870-364-5176 • FAX: 870-364-6503
IN GOD WE TRUST

EXHIBIT

5

PENGAD 800-631-6989

## FRIDAY ELDREDGE & CLARK

HERSCHEL H. FRIDAY (1922-1994)
BYRON M. EISEMAN, JR., P.A.
JAMES A. BUTTRY, P.A.
FREDERICK S. URSERY, P.A.
JAMES C. CLARK, JR., P.A.
THOMAS P. LEGGETT, P.A.
JOHN DEWEY WATSON, P.A.
PAUL B. BENHAM III, P.A.
LARRY W. BURKS, P.A.
A. WYCKLIFF NISBET, JR., P.A.
JAMES EDWARD HARRIS, P.A.
JAMES M. SIMPSON, P.A.
JAMES M. SAXTON, P.A.
J. SHEPHERD RUSSELL III, P.A.
DONALD H. BACON, P.A.
WILLIAM THOMAS BAXTER, P.A.
JOSEPH B. HURST, JR., P.A.
ELIZABETH ROBBEN MURRAY, P.A.
CHRISTOPHER HELLER, P.A.
LAURA HENSLEY SMITH, P.A.
ROBERT S. SHAFER, P.A.
WILLIAM M. GRIFFIN III, P.A.
MICHAEL S. MOORE, P.A.

WALTER M. EBEL III, P.A.
KEVIN A. CRASS, P.A.
WILLIAM A. WADDELL, JR., P.A.
SCOTT J. LANCASTER, P.A.
ROBERT B. BEACH, JR., P.A.
J. LEE BROWN, P.A.
JAMES C. BAKER, JR., P.A.
HARRY A. LIGHT, P.A.
SCOTT H. TUCKER, P.A.
GUY ALTON WADE, P.A.
PRICE C. GARDNER, P.A.
TONIA P. JONES, P.A.
DAVID D. WILSON, P.A.
JEFFREY H. MOORE, P.A.
DAVID M. GRAF, P.A.
CARLA GUNNELS SPAINHOUR, P.A.
R. CHRISTOPHER LAWSON, P.A.
BETTY J. DEMORY, P.A.
LYNDA M. JOHNSON, P.A.
JAMES W. SMITH, P.A.
CLIFFORD W. PLUNKETT, P.A.
DANIEL L. HERRINGTON, P.A.
J. MICHAEL PICKENS, P.A.

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
www.fridayfirm.com

400 WEST CAPITOL AVENUE, SUITE 2000
LITTLE ROCK, ARKANSAS 72201-3522
TELEPHONE 501-376-2011
FAX 501-376-2147

3425 NORTH FUTRALL DRIVE, SUITE 103
FAYETTEVILLE, ARKANSAS 72703-4811
TELEPHONE 479-695-2011
FAX 479-695-2147

599 HORSEBARN ROAD, SUITE 101
ROGERS, ARKANSAS 72758
TELEPHONE 479-695-2011
FAX 479-845-4363

MARVIN L. CHILDERS
K. COLEMAN WESTBROOK, JR., P.A.
ALLISON J. CORNWELL, P.A.
ELLEN OWENS SMITH, P.A.
JASON B. HENDREN, P.A.
BRUCE B. TIDWELL, P.A.
JOSEPH P. MCKAY, P.A.
ALEXANDRA A. IFRAH, P.A.
JAY T. TAYLOR, P.A.
MARTIN A. KASTEN, P.A.
BRYAN W. DUKE
JOSEPH G. NICHOLS
ROBERT T. SMITH
RYAN A. BOWMAN
TIMOTHY C. EZELL
T. MICHELLE AYOR, P.A.
SARAH M. COTTON
ALAN G. BRYAN
LINDSEY MITCHAM LORENCE
KHAYYAM H. EDDINGS
STEVEN L. BROOKS
H. WAYNE YOUNG, JR.
JAMIE HUFFMAN JONES

KIMBERLY D. YOUNG
JASON N BRAMLETT
BRIAN C. SMITH
D. MICHAEL MOYERS
SETH M. HAINES
ERIN E. CULLUM
KRISTOPHER B. KNOX
KATHRYN A. KIRKPATRICK
J. ADAM WELLS
LAURA I. ASBURY
RAGENEA T. HODGE
REBECCA B. HAWBLITZEL
WILLIAM E. FOSTER
MICHAEL B. CHILDERS
C. AARON HOLT

OF COUNSEL
WILLIAM H. SUTTON, P.A.
WILLIAM L. TERRY
WILLIAM L. PATTON, JR.
H.T. LARZELERE, P.A.
OSCAR E. DAVIS, JR., P.A.

BRENDA BENNETT
LITTLE ROCK
TEL 501-370-3314
brendab@fec.net

January 2, 2007

Mr. Bob Rush
Ashley County Circuit Clerk
Courthouse, 205 East Jefferson Street
Hamburg, AR 71646

FILED FOR RECORD
at 11:45 o'clock A M

JAN 05 2007

BOB RUSH, CIRCUIT CLERK
By Vickie Steel DC

       Re:   Larry McKinzie v. Union Planters Bank
            CV 2006-212-3

Dear Mr. Rush:

      Enclosed please find the originally executed Defendants' Motion to Dismiss and Supporting Memorandum in the above-referenced matter. This document was filed by fax today.

      Should you have any questions with regard to this filing, please feel free to give me a call. Thank you for your assistance.

                Sincerely yours,

                FRIDAY, ELDREDGE & CLARK, LLP

                Brenda Bennett
                Assistant to William A. Waddell, Jr.

Enclosure
cc:   Chuck Gibson      )
      Michael D. Ray   )
      Joey Williams    )   (w/enc.)
      Bert Spence      )

# FRIDAY ELDREDGE & CLARK

HERSCHEL H. FRIDAY (1923-1994)
BYRON M. EISEMAN, JR., P.A
JAMES A. BUTTRY, P.A.
FREDERICK S. URSERY, P.A.
JAMES C. CLARK, JR., P.A.
THOMAS P. LEGGETT, P.A.
JOHN DEWEY WATSON, P.A.
PAUL B. BENHAM III, P.A.
LARRY W. BURKS, P.A.
A. WYCKLIFF NISBET, JR., P.A.
JAMES EDWARD HARRIS, P.A.
JAMES M. SIMPSON, P.A.
JAMES M. SAXTON, P.A.
J. SHEPHERD RUSSELL III, P.A.
DONALD H. BACON, P.A.
WILLIAM THOMAS BAXTER, P.A.
JOSEPH B. HURST, JR., P.A
ELIZABETH ROBBEN MURRAY, P.A.
CHRISTOPHER HELLER, P.A.
LAURA HENSLEY SMITH, P.A.
ROBERT S. SHAFER, P.A.
WILLIAM M. GRIFFIN III, P.A.
MICHAEL S. MOORE, P.A.

WALTER M. EBEL III, P.A.
KEVIN A. CRASS, P.A.
WILLIAM A. WADDELL, JR., P.A
SCOTT J. LANCASTER, P.A.
ROBERT B. BEACH, JR., P.A.
J. LEE BROWN, P.A.
JAMES C. BAKER, JR., P.A.
HARRY A. LIGHT, P.A.
SCOTT H. TUCKER, P.A.
GUY ALTON WADE, P.A
PRICE C. GARDNER, P.A.
TONIA P. JONES, P.A.
DAVID D. WILSON, P.A.
JEFFREY H. MOORE, P.A.
DAVID M. GRAF, P.A.
CARLA GUNNELS SPAINHOUR, P.A.
R. CHRISTOPHER LAWSON, P.A.
BETTY J. DEMORY, P.A.
LYNDA M. JOHNSON, P.A.
JAMES W. SMITH, P.A.
CLIFFORD W. PLUNKETT, P.A.
DANIEL L. HERRINGTON, P.A.
J. MICHAEL PICKENS, P.A.

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
www.fridayfirm.com

400 WEST CAPITOL AVENUE, SUITE 2000
LITTLE ROCK, ARKANSAS 72201-3522
TELEPHONE 501-376-2011
FAX 501-376-2147

3425 NORTH FUTRALL DRIVE, SUITE 103
FAYETTEVILLE, ARKANSAS 72703-4611
TELEPHONE 479-695-2011
FAX 479-695-2147

599 HORSEBARN ROAD, SUITE 101
ROGERS, ARKANSAS 72758
TELEPHONE 479-695-2011
FAX 479-845-4263

MARVIN L. CHILDERS
K. COLEMAN WESTBROOK, JR., P.A.
ALLISON J. CORNWELL, P.A.
ELLEN OWENS SMITH, P.A.
JASON B. HENDREN, P.A.
BRUCE B. TIDWELL, P.A.
JOSEPH P. MCKAY, P.A.
ALEXANDRA A. IFRAH, P.A.
JAY T. TAYLOR, P.A.
MARTIN A. KASTEN, P.A.
BRYAN W. DUKE
JOSEPH G. NICHOLS
ROBERT T. SMITH
RYAN A. BOWMAN
TIMOTHY C. EZELL
T. MICHELLE ATOR, P.A.
SARAH M. COTTON
ALAN G. BRYAN
LINDSEY MITCHAM LORENCE
KHAYYAM M. EDDINGS
STEVEN L. BROOKS
H. WAYNE YOUNG, JR.
JAMIE HUFFMAN JONES

KIMBERLY D. YOUNG
JASON N BRAMLETT
BRIAN C. SMITH
D. MICHAEL MOYERS
SETH H. HAINES
ERIN E. CULLUM
KRISTOPHER B. KNOX
KATHRYN A. KIRKPATRICK
I. ADAM WELLS
LAURA I. ASBURY
RAOSHIKA F. HODGE
RUBECCA B. HAWBLITZEL
WILLIAM E. FOSTER
MICHAEL B. CHILDERS
C. AARON HOLT

OF COUNSEL
WILLIAM H. SUTTON, P.A.
WILLIAM L. TERRY
WILLIAM L. PATTON, JR.
H.T. LARZELERE, P.A.
OSCAR E. DAVIS, JR., P.A.

BRENDA BENNETT
LITTLE ROCK
TEL 501-370-3214
brendab@fec.net

January 2, 2007

VIA FAX:   870-853-2034

Mr. Bob Rush
Ashley County Circuit Clerk
Courthouse, 205 East Jefferson Street
Hamburg, AR 71646

FILED FOR RECORD
at 4:15 o'clock P M

JAN 0 2 2007
BOB RUSH, CIRCUIT CLERK
BY _____ DC

Re:   Larry McKinzie v. Union Planters Bank
      CV 2006-212-3

Dear Mr. Rush:

Attached please find Defendants' Motion to Dismiss and Supporting Memorandum in the above-referenced matter. Please cause this document to be filed today and fax the file-marked first page to me at 501-376-2017, along with the statement for your services. Pursuant to your directions, an originally executed counterpart will follow by mail.

Should you have any questions with regard to this filing, please feel free to give me a call. Thank you for your assistance.

Sincerely yours,

FRIDAY, ELDREDGE & CLARK, LLP

Brenda Bennett
Assistant to William A. Waddell, Jr.

Attachment

FILED FOR RECORD
at 4:15 o'clock P M

JAN 0 2 2007

BOB RUSH, CIRCUIT CLERK
By _____ D.C.

Brenda Bennett
(501) 370-3314

# FRIDAY ELDREDGE & CLARK

A PARTNERSHIP OF INDIVIDUALS AND PROFESSIONAL ASSOCIATIONS
ATTORNEYS AT LAW
2000 Regions Center
400 West Capitol
Little Rock, Arkansas 72201-3493
(501) 376-2011
(Fax: 501-376-2147)

TELECOPY TO FOLLOWING NUMBER:    870-853-2034

THE FOLLOWING PAGES ARE FOR:    VICKI - CIRCUIT CLERK'S OFFICE

COMPANY:

FROM:    BRENDA BENNETT

MESSAGE:

TOTAL NO. OF PAGES: ___ THIS INFORMATION SHEET PLUS___ PAGES

DATE:  January 2, 2007  TIME:_____ AM/PM

FOR OFFICE USE ONLY    10000.65
                       CLIENT NUMBER    MATTER NUMBER

CONFIDENTIALITY NOTE:  The information in this facsimile transmittal is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of the transmittal is strictly prohibited.  If you receive this transmittal in error, please immediately notify us by telephone, and return the original transmittal to us at the above address via the United States Postal Service.  Thank you.

IN THE CIRCUIT OF ASHLEY COUNTY, ARKANSAS
CIVIL DIVISION    FILED FOR RECORD
                  at _4:15_ o'clock _P_ M

LARRY McKINZIE                                           PLAINTIFF

VS.

CASE NO. CV-2006-212-3 JAN 0 2 2007

UNION PLANTERS BANK, N.A.                BOB RUSH, CIRCUIT CLERK
& JOHN DOE                               By_____  DEFENDANTS

## MOTION TO DISMISS
## AND SUPPORTING MEMORANDUM

Comes now the separate defendant, Union Planters Bank, N.A. ("Union Planters"), and for its motion to dismiss, states:

1. Union Planters merged into Regions Financial Corporation ("Regions") more than one year before the filing of the complaint herein and ceased to exist as a separate entity on or after that date. See, e.g., Exhibits 1, 2 and 3 hereto. Paragraph 3 of the complaint acknowledges the merger. Therefore, the complaint should be dismissed as Union Planters is not a proper party defendant.

2. The complaint should also be dismissed pursuant to Rule 12(b)(4) for insufficiency of process. The summons issued in this case was issued in the name of Union Planters Bank, N.A., an entity that was merged into Regions more than a year before the filing of the complaint herein. Therefore, the summons is defective. *Vinson v. Ritter*, 86 Ark. App. 207, 167 S.W.3d 162 (2004). Further, Union Planters was, and Regions Financial Corporation and Regions Bank are, out-of-state banks or financial services corporations who are entitled to thirty days after valid service in which to serve a responsive pleading. Regions Financial Corporation is a foreign corporation organized under the laws of the State of Deleware, and Regions Bank is a state bank organized under the laws of the State of Alabama with its principal place of business in Birmingham, Alabama. Therefore, the summons issued herein is also defective in that regard. *Vinson v. Ritter, supra.*

3. The complaint should also be dismissed pursuant to Rule 12(b)(5) for insufficiency of

service of process. Pursuant to Rule 4(d)(8), service by mail must be served upon a defendant's

registered agent and the person signing the postal return receipt must be authorized in accordance

with the United States Postal Regulations. Neither of those requirements is met in the present case.

However, more importantly, Ark. Stat. Ann. Section 23-48-1007 provides that the registered agent

of a registered out-of-state bank is the bank's agent for service of process. The registered agent of

Regions is The Corporation Company. See Exhibit 4 hereto. The attempted service was addressed

to Union Planters Bank, N.A. in Jonesboro and in West Memphis, neither person was the registered

agent of either Regions or Union Planters. See Exhibit 5 hereto. Therefore, the complaint should

be dismissed for insufficiency of service of process.

4. The defendant reserves the right to plead further upon resolution of this motion to dismiss

or as warranted by further developments in this matter.

WHEREFORE, the separate defendant, Union Planters Bank, N.A., moves the Court to

dismiss the plaintiff's complaint as stated herein.

FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
(501) 370-1510
(501) 244-5342

BY: _____
WILLIAM A. WADDELL, JR.
ARK. BAR ID NO. 84154

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on the following persons via United States Mail, postage prepaid, on this 2nd day of January, 2007:

Chuck Gibson, Esq.
GIBSON LAW OFFICE
P. O. Box 510
Dermott, Arkansas 71638

Michael D. Ray, Esq.
THE RAY LAW FIRM
P. O. Box 1123
Crossett, Arkansas 71635

WILLIAM A. WADDELL, JR.

Arkansas Secretary of State: Business/ Commercial Services



## Search Incorporations, Cooperatives, Banks and Insurance Con

| | |
|---|---|
| Corporation Name | UNION PLANTERS CORPORATION |
| Fictitious Names | N/A |
| Filing # | 100076569 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Merged |
| Principal Address | |
| Reg. Agent | CORPORATE CREATIONS NETWORK INC.E |
| Agent Address | 3208 ASHER AVENUE |
| | LITTLE ROCK, AR 72204 |
| Date Filed | 03/31/1989 |
| Officers | JACKSON W. MOORE, President |
| | E. JAMES HOUSE, JR., Secretary |
| | GREGORY METZ , Vice-President |
| Foreign Name | N/A |
| Foreign Address | 67 MADISON AVE, MEMPHIS, TN 38103 X, X |
| State of Origin | TN |

Home
About the Office
Elections
Business /
Commercial Services
Capitol Grounds
News
Educational Materials
Tours

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

### Use your browser's back button to return to the Search Results

### Begin New Search



EXHIBIT

01/02/2007 16:03 FAX 5013762147    FRIDAY ELDREDGE CLARK    ☑007
Case 1:07-cv-01050-HFB   Document 1-1   Filed 06/11/07   Page 32 of 50 PageID #: 32
Arkansas Secretary of State: Business/ Commercial Services                    Page 1 of 1



**Arkansas SECRETARY OF STATE** *Business/Commerce*

SEAR(

Home
About the Office
Elections
Business
Commercial Services
Capitol Grounds
News
Educational Materials
Tours

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

## Search Incorporations, Cooperatives, Banks and Insurance Con

| | |
|---|---|
| Corporation Name | UNION PLANTERS NATIONAL BANK |
| Fictitious Names | N/A |
| Filing # | 200000788 |
| Filing Type | Bank |
| Filed under Act | Bank; Bank |
| Status | Merged |
| Principal Address | |
| Reg. Agent | |
| Agent Address | |
| | , |
| Date Filed | 10/13/1997 |
| Officers | N/A |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement

EXHIBIT
2

Arkansas Secretary of State: Business/ Commercial Services



**Arkansas SECRETARY OF STATE** *Business/Commerci*

SEARC

Home
About the Office
Elections
Business / Commercial Services
Capitol Grounds
News
Educational Materials
Tours

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

## Search Incorporations, Cooperatives, Banks and Insurance Con

| | |
|---|---|
| Corporation Name | UNION PLANTERS BANK OF NORTHEAST ARKA |
| Fictitious Names | N/A |
| Filing # | 200000143 |
| Filing Type | Bank |
| Filed under Act | Bank; Bank |
| Status | Merged |
| Principal Address | |
| Reg. Agent | |
| Agent Address | |
| | . |
| Date Filed | 01/01/1987 |
| Officers | N/A |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

### Use your browser's back button to return to the Search Results

### Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement

**EXHIBIT**
3

Arkansas Secretary of State: Business/ Commercial Services



## Search Incorporations, Cooperatives, Banks and Insurance Con

| | |
|---|---|
| Corporation Name | REGIONS FINANCIAL CORPORATION |
| Fictitious Names | N/A |
| Filing # | 800053808 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | CORPORATION SERVICE COMPANY |
| Agent Address | 101 SOUTH SPRING STREET, STE 220 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 03/08/2005 |
| Officers | R ALAN DEER , Incorporator/Organizer |
| | R ALAN DEER , Secretary |
| | JACKSON W. MOORE , President |
| | D. BRYAN JORDAN , Treasurer |
| | RONNY JACKSON , Controller |
| Foreign Name | N/A |
| Foreign Address | 417 NORTH 20TH STREET |
| | BIRMINGHAM, AL 35202 |
| State of Origin | DE |

**Purchase a Certificate of Good Standing for this Entity**

**Pay Franchise Tax for this corporation**

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement



EXHIBIT

4.a.

FRIDAY ELDREDGE CLARK   Ø010
Case 1:07-cv-01050-HFB   Document 1-1   Filed 06/11/07   Page 35 of 50 PageID #: 35
Arkansas Secretary of State: Business/ Commercial Services          Page 1 of 1



**Arkansas**
**SECRETARY OF STATE**                    *Business/Commerce*

SEARCH

Home
About the Office
Elections
Business /
Commercial Services
Capitol Grounds
News
Educational Materials
Tours



## Search Incorporations, Cooperatives, Banks and Insurance Con

| | |
|---|---|
| Corporation Name | REGIONS FINANCIAL CORPORATION |
| Fictitious Names | N/A |
| Filing # | 100169536 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Merged |
| Principal Address | |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 425 WEST CAPITOL AVENUE, STE 1700 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 03/30/1999 |
| Officers | CARL E. JONES, JR, President |
| | E C STONE, Vice-President |
| | SAMUEL E. UPCHURCH, JR, Secretary |
| | RICHARD D HORSLEY, Treasurer |
| Foreign Name | N/A |
| Foreign Address | 417 NORTH 20TH STREET |
| | BIRMINGHAM, AL 35203 |
| State of Origin | DE |

State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

### Use your browser's back button to return to the Search Results

### Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement



EXHIBIT
4 b

JAN-02-2007 TUE 03:47 PM SN. .GROVE          FRIDAY ELDREDGE CLARK    Case 1:07-cv-01050-HFB   Document 1-1   Filed 06/11/07   Page 36 of 50 PageID #: 36

FAX NO. 8. 325488          P. 09

01/02/2007 11:58 FAX                    UP SA                                        001/008

JAN-02-2007 TUE 10:43 AM Regions Main          FAX NO. 870 931 0055          P. 07

# THE RAY LAW FIRM, P.A.

## MICHAEL D. RAY
### ATTORNEY AT LAW

November 20, 2006

Union Planters Bank
ATTN: Bank President
300 S. Church St
Jonesboro, AR 72401

Jack Nall, Designated Agent
Union Planters Bank
231 East Broadway
West Memphis, AR 72301

RE:     Larry McKinzie vs. Union Planters Bank et al
        Ashley Circuit Court No.: CV-2006-212-3

Dear Sirs:

Enclosed you will find a Complaint and Summons that has been filed against Union
Planters Bank on behalf of Mr. Larry McKinzie.

You should read the enclosed carefully. I will be expecting a response from you or your
attorney within the time and manner prescribed by law.

The receipt of this letter has the same legal effect as does the service of the enclosed
papers by a process server, and you are hereby advised that failure to take action on your
part may result in a judgment against your bank.

Sincerely,

Michael D. Ray
Attorney at Law

MDR/js

Enclosures

909 MAIN STREET/P.O. BOX 1125 • CROSSETT, AR • 71635
PHONE: 870-364-5176 • FAX: 870-364-6503
IN GOD WE TRUST

EXHIBIT
5

FILED FOR RECORD
at __11:15__ o'clock __A__ M

### IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS
### DOMESTIC RELATIONS DIVISION

JAN 1 9 2007

BOB RUSH, CIRCUIT CLERK
By_____DC

**LARRY MCKINZIE,**

       **Plaintiff**

vs.

**UNION PLANTERS BANK, N.A.,**

       **Defendant**

NO. CIV-2006-212-3

**RESPONSE TO MOTION TO DISMISS**

    COMES NOW the plaintiff, Larry McKinzie, and states as follows for his response:

    1.    Plaintiff's Complaint contains allegations in form of "John Doe" pleadings designed to preserve plaintiff's allegations against entities that were unknown to the plaintiff.

    2.    In the defendant's Motion to Dismiss, the defendants states that Union Planters has merged with Regions Financial Corporation. Plaintiff preserves the opportunity to bring suit against Union Planters Bank successor in interest by utilization of the John Doe allegations. Additionally, the plaintiff identified another John Doe defendant bearing the Region's name. However, as explained in the Complaint, it was not easily ascertainable as to which Regions entity commented the transgression mentioned in the Complaint. Plaintiff preserved those allegations with John Doe pleadings.

    3.    Plaintiff is presently in the process of amending his Complaint to include Regions Financial Corporation as the defendant's successor in interest to the original plaintiff Union Planters Bank. The defendant's Motion to Dismiss implies that the other John Doe defendant is Regions Bank, an Alabama State Bank. However, the defendant is

not entirely clear on this point and therefore, discovery will need to occur before this amendment is made with regard to the Regions John Doe defendant.

    4.    The reasons of Regions' Motion to Dismiss should be denied.

    WHEREFORE, plaintiff's prays that defendant's Motion to Dismiss be denied; and for all other just and proper relief.

Glenda Faye Moss, Plaintiff

**Gibson Law Office**
103 North Freeman Street
Post Office Box 510
Dermott, Arkansas 71638-0510
Telephone: (870) 538-3288
Facsimile: (870) 538-5029
e-mail:chuck@gibsonlawonline.com

By: _____
    CHUCK GIBSON, # 90030

Michael D. Ray, # 92146
**The Ray Law Firm**
P.O. Box 1123
Crossett. AR 71635
Telephone: (870) 364-5176
Facsimile: (870) 364-6503

---

**CERTIFICATE OF SERVICE**

The herein signed certifies that a true and correct copy of the foregoing has been delivered via facsimile & U. S. Mail this 18th day of January, 2007, to:

William A. Waddell, Jr.
Friday. Eldredge & Clark
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201

# Gibson Law Office

103 North Freeman Street
Post Office Drawer 510
Dermott, Arkansas  71638-0510

John F. Gibson Sr.
(1916-1980)
Charles Sidney Gibson
Chuck Gibson

Telephone
(870) 538-3288
Facsimile
(870) 538-5029

January 18, 2007

FILED FOR RECORD
at __11:15__ o'clock __A__ M

JAN 1 9 2007

BOB RUSH, CIRCUIT CLERK
By _____ DC

Bob Rush
Ashley County Circuit Clerk
205 East Jefferson Street
Hamburg, AR  71646

RE:   *Larry McKinzie v. Union Planters Bank, N.A.; John Doe*
      *Ashley County Circuit No. CV-2006-212-3*

Dear Mr. Rush

Please find enclosed Response to Motion to Dismiss in the above referenced matter.  Please file
and return a file-marked copy back to this office in the enclosed a self-addressed stamped
envelope at your earliest convenience.

Thank you.

Yours truly

Glenda Moss
Assistant to Chuck Gibson

Enclosures

Cc:   Bill Waddell, Jr.

IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS
Civil Division

LARRY McKINZIE                                          PLAINTIFF

VS.                          NO.   CIV-06-212-3

UNION PLANTERS BANK, N. A.; JOHN DOE                    DEFENDANT

## ORDER TO EXTEND TIME TO SERVE DEFENDANT

Before this Court is the Motion of Michael D. Ray and Chuck Gibson to extend time to

Serve Defendant, Union Planters Bank, N.A.; John Doe.

After reviewing the facts and for good cause shown, the Motion is granted and this Court

hereby extends the Plaintiffs' time to obtain valid service over the defendant, Union Planters

Bank, N.A.; John Doe for an additional 120 days.

IT IS SO ORDERED this ___28th___ day of __December__, 200_6_.


__Robert Bynum Gibson__

HONORABLE BYNUM GIBSON
CIRCUIT JUDGE


FILED FOR RECORD
at _11:05_ o'clock _A_  M

JAN 1 0 2007

BOB RUSH, CIRCUIT CLERK
By _Julie Stell_ DC

CV 31/63/6

# THE RAY LAW FIRM, P.A.

## MICHAEL D. RAY
### ATTORNEY AT LAW

FILED FOR RECORD
at 11:05 o'clock A M

JAN 10 2007

BOB RUSH, CIRCUIT CLERK
By Vickie Stell DC

January 8, 2007

Circuit Clerk's Office
205 E. Jefferson
Hamburg, AR  71646


RE:  Larry McKinzie v. Union Planters Bank, NA
Ashley Circuit No.:    CIV – 2006-212-3

Dear Clerk's Office:

Enclosed you will find an original and one copy of Order to Extend Time in regards to the above matter. Please record and return a file-marked copy back to me in the envelope I have provided.

I thank you for your time.

Sincerely,

Chrystal Flick

Chrystal Flick
Office Assistant


Enclosure

IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS
CIVIL DIVISION

**LARRY MCKINZIE**

FILED FOR RECORD
at _10:40_ o'clock __ **PLAINTIFF**

**VS.**          CASE NO.: CIV - 2006-212-3     MAY 1 1 2007

**REGIONS BANK; and**
**REGIONS FINANCIAL CORPORATION**

BOB RUSH, CIRCUIT CLERK
By _____ DC
**DEFENDANTS**

### FIRST AMENDED COMPLAINT AT LAW

Comes now, Larry McKinzie, by and through his attorneys, Michael D. Ray and Chuck Gibson, and for his First Amended Complaint doth state:

1.    That Larry McKinzie is an individual resident of Jefferson County, Arkansas.

2.    a)    That Union Planters Bank, N.A., was a domestic corporation regularly operating and doing business within the State of Arkansas, including Ashley County, Arkansas. After the times complained of herein, Union Planters Bank, N.A. was merged into Regions Bank. Regions Bank is a foreign corporation that regularly conducts business in the State of Arkansas, including Ashley County, Arkansas.

      b)    Separate defendant, Regions Financial Corporation is a foreign holding company that owns, manages, and/or controls Regions Bank of Searcy. Regions Financial Corporation does business in the State of Arkansas, including Ashley County, Arkansas through various entities and subsidiaries.

      c)    Regions Bank is a defendant, as successor in interest of Union Planters Bank, N. A. The allegations and conduct for which plaintiff contends Regions Bank is now liable because of the merger with Union Planters

1

Bank, N.A. will be referred to as having been committed by Union Planters Bank, N.A.  Likewise, Regions Financial Corporation is the parent company and/or holding company of Regions Bank of Searcy, and is the named defendant, but for purposes of clarity, "Regions Bank of Searcy" will be used in its place throughout the complaint.

3.   That the initial complaint included John Doe defendants because of the suspected merger between Union Planters Bank and Regions Bank, and because of uncertainty regarding the Regions Bank structure as far as Regions Bank of Searcy is concerned.  The defendant filed a motion to dismiss, and the plaintiff responded.  Thereafter, plaintiff and defense counsel conferred and agreed that the two named defendants in the first amended complaint are the appropriate defendants, and counsel for said defendants, William Waddell, Attorney at Law, as agreed to accept service for the same.

4.   That this court has jurisdiction over the parties and subject matter of this case and venue is predicated upon A.C.A. 16-60-108 and 16-60-113(b) in that Union Planters Bank, N.A. has debts in its favor in Ashley County and has brought litigation against plaintiff in Ashley County.

5.   That on or about August 30, 2004, a complaint was filed by Union Planters Bank, N.A. ["Union Planters"] against Larry McKinzie, alleging that Larry McKinzie entered into a contract with the Union Planters in the sum of $13,250.00 plus interest at the rate of 11% per annum.  See Ashley Circuit No. CV-04-219-2. That on or about August 30, 2004, a Complaint was filed by Union Planters Bank, N.A. against Larry McKinzie, alleging that Larry McKinzie entered into a

contract with the Defendant in the sum of $13,250.00 plus interest at the rate of 11% per annum.

6.     That the plaintiff has never done business with the defendants at any time. During the discovery of the above mentioned lawsuit it was learned by the plaintiff that Union Planters' agents, officers, directors, and/or employees, namely Allen Williams and possibly others, were engaging in a scheme with K&B Auto Sales [K&B], a domestic used car dealership that had a regular business relationship with Union Planters.

7.     That the scheme was such that K&B and the defendant would create phony documents for the sale of automobiles and other loans. Such documents were created using plaintiff's name and likeness, with forged signatures notarized by defendant's employee Angela K. Tinsley, Notary Public.   The documents included buy may not be limited to credit applications and powers of attorney. Many documents were countersigned by Allen Williams, defendant's loan officer and employee. At no time did plaintiff authorize said documents or benefit from their use.

8.     That the scheme was such that the documents provided a mechanism where money would transfer from Union Planters to K&B under the illusion of selling and financing an automobile. The scheme worked to the detriment of those defrauded. That the defendant, by virtue of the involvement of its employee loan officers and others and subseque4nt unsuccessful lawsuit, was aware of the scheme and a direct and willing participant.

3

9.      That the phony loans falsely created in the name of the plaintiff went into default resulting in the above mentioned lawsuit.

10.     That the scheme was brought to light in the discovery process in said lawsuit, resulting in the defendant filing for voluntary non-suit, which was granted on September 30, 2005 by the court, and filed for record on October 13, 2005 [See Ashley Circuit No. CV-04-219-2].

11.     That prior to the defendant filing suit on the phone loans the Union Planters and or its agents made negative credit comments on plaintiff's credit report to the various credit reporting agencies. Said comments ultimately resulted in the denial of credit to the plaintiff.

12.     That the plaintiff was completely unaware of said fraudulent scheme at all times. That the defendant was informed by the plaintiff prior to the initial litigation that he had never done business with them and that any such signatures and/or documents were not genuine. Defendant continually harassed the plaintiff over said bogus notes, being fully aware of their false character and of their fraudulent creation. Nevertheless, the defendant pursued the litigation and continued to make false credit entries.

13.     In addition to the foregoing scheme with Union Planters, the plaintiff also received dunning notices and similar harassments from an entity named "Regions Bank of Searcy". Based upon information and belief a bogus contract in plaintiff's name was executed in favor of Regions Bank of Searcy, upon which Regions Bank of Searcy sought collection. Upon information and belief, Regions

4

Bank of Searcy made negative comments regarding plaintiff's credit to various reporting agencies. Said credit reports were false and slanderous.

## Count I
### Tort-Invasion of Privacy
### Both Defendants

14. That by deceptively doing business in the plaintiff's name, the defendants have committed the tort of invasion of privacy. Plaintiff's likeness was unknowingly used to his detriment resulting in being sued [only Union Planters filed suit], expending moneys for attorneys fee, negative credit comments resulting in credit denials, and other similar occurrences.

15. That the tort subjects the defendants to liability under Arkansas Law for compensatory, consequential and punitive damages for which defendants' conduct is a direct proximate cause.

## Count II
### Tort-Malicious Prosecution
### Union Planters and Separate Defendant Regions Bank, as Successor

16. That the lawsuit filed by Union Planters against the plaintiff on the bogus fraudulent scheme resulted in a dismissal in plaintiff's favor. Said suit was frivolous and based entirely on the fraudulent ongoing scheme between the defendant and K&B. Plaintiff incurred compensatory and consequential damages for which defendant's conduct is a proximate cause. Punitive damages should issues to deter similar conduct in the future.

## Count III
### Statutory Claim-Fair Credit Reporting Act
### Both Defendants

17. That falsely reporting the obligation that Union Planters Bank, N.A. claimed was owned by Larry McKinzie to his credit reporting agency constitutes a violation of the Fair Debt Collection and Consumer Reporting Practices, 15 U.S. C. 1681, *et.seq.* Defendant is liable for damages provided by said Act.

WHEREFORE, Plaintiff prays for a jury trial. Plaintiff prays for judgment over the against the defendants for each claim for damages allowed by Arkansas Law, and for punitive damages appropriate under Arkansas jurisprudence. Plaintiff seeks reimbursement for costs, attorney's fees, and other similarly allowed relief.

Respectfully Submitted,

Larry McKinzie, Plaintiff

**Gibson Law Office**
103 North Freeman Street
Post Office Box 510
Dermott, Arkansas 71638-0510
Telephone: (870) 538-3288
Facsimile: (870) 538-5029
e-mail:chuck@gibsonlawonline.com

By: _____
     CHUCK GIBSON, # 90030

Michael D. Ray, # 92146
**The Ray Law Firm**
P.O. Box 1123
Crossett. AR 71635
Telephone: (870) 364-5176
Facsimile: (870) 364-6503

**CERTIFICATE OF SERVICE**

The herein signed certifies that a true and correct copy of the foregoing has been delivered via facsimile & U. S. Mail this 10th day of May, 2007 to:

William A. Waddell, Jr.
Friday, Eldredge & Clark
400 West Capitol Ave., Suite 2000
Little Rock. AR 72201

# Gibson Law Office

103 North Freeman Street
Post Office Drawer 510
Dermott, Arkansas  71638-0510

John F. Gibson Sr.
(1916-1980)
Charles Sidney Gibson
Chuck Gibson

Telephone
(870) 538-3288
Facsimile
(870) 538-5029

May 10, 2007

Bob Rush
Ashley County Circuit Clerk
205 East Jefferson Street
Hamburg, AR  71646

RE:    *Larry McKinzie vs. Regions Bank and Regions Financial Corporation*
       *Ashley County Circuit No.: CIV-2006-212-3*

Dear Mr. Rush

Please find enclosed First Amended Complaint in the above referenced matter.  Please file the
same and return a file-marked copy to my office in the enclosed self-addressed stamped envelope
at your earliest convenience.  Thank you.

Yours truly

Glenda Moss
Legal Assistant to
Chuck Gibson

Enclosures

cc    William Waddell, Jr.

FILED FOR RECORD
at _10:40_ o'clock _1__M

MAY 1 1 2007

BOB RUSH, CIRCUIT CLERK
BY _____ DC

FILED FOR RECORD
at 9:55 o'clock A M

MAY 17 2007

IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS
CIVIL DIVISION

BOB RUSH, CIRCUIT CLERK
By _____ DC

**LARRY MCKINZIE**                                          **PLAINTIFF**

**VS.**                        **CASE NO.: CIV - 2006-212-3**

**REGIONS BANK; and**
**REGIONS FINANCIAL CORPORATION**                           **DEFENDANTS**

---

### AFFIDAVIT OF SERVICE

---

NOW COMES Affiant, Chuck Gibson, Plaintiff's counsel, and upon his oath, states that the Amended Complaint was mailed to the Defendants' counsel, William Waddell, Jr. on May 10, 2007, whom agreed to accept service and waive personal service on the defendants herein.

Larry McKinzie, Plaintiff

**Gibson Law Office**
103 North Freeman Street
Post Office Box 510
Dermott, Arkansas 71638-0510
Telephone: (870) 538-3288
Facsimile: (870) 538-5029
e-mail: chuck@gibsonlawonline.com

By: _____
CHUCK GIBSON, # 90030

**CERTIFICATE OF SERVICE**

The herein signed certifies that a true and correct copy of the foregoing has been delivered via facsimile & U. S. Mail this 16th day of May, 2007 to:

William A. Waddell, Jr.
Friday, Eldredge & Clark
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201

Michael D. Ray, # 92146
**The Ray Law Firm**
P.O. Box 1123
Crossett, AR 71635
Telephone: (870) 364-5176
Facsimile: (870) 364-6503

# Gibson Law Office

103 North Freeman Street
Post Office Drawer 510
Dermott, Arkansas 71638-0510

John F. Gibson Sr.
(1916-1980)
Charles Sidney Gibson
Chuck Gibson

Telephone
(870) 538-3288
Facsimile
(870) 538-5029

FILED FOR RECORD
at 9:55 o'clock A M

May 16, 2007

MAY 17 2007

Bob Rush
Ashley County Circuit Clerk
205 East Jefferson Street
Hamburg, AR 71646

BOB RUSH, CIRCUIT CLERK
By Vickie Still DC

RE:     *Larry McKinzie vs. Regions Bank and Regions Financial Corporation*
        *Ashley County Circuit No.: CIV-2006-212-3*

Dear Mr. Rush

Please find enclosed Affidavit of Service in the above referenced matter. Please file the same and return a file-marked copy to my office in the enclosed self-addressed stamped envelope at your earliest convenience. Thank you.

Yours truly

Glenda Moss
Legal Assistant to
Chuck Gibson

Enclosures

cc      William Waddell, Jr.